UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| SANTONIO OMAR PARKER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:12-CV-180-RWS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [Doc. #1].

Movant is challenging the judgment and sentence entered on October 20, 2010, in *Parker v. U.S.*, No. 1:10-CR-56-RWS (E.D. Mo.). Upon review of the Court's records, it appears that the instant action is duplicative of a § 2255 action that movant filed, pro se, approximately ten days ago, on October 22, 2012, and which is currently pending in this Court. *See Parker v. U.S.*, No. 1:12-CV-176-RWS (E.D. Mo.). As a result, the instant action will be dismissed, without prejudice.[1]

---

[1] Counsel may enter his appearance in *Parker v. U.S.*, No. 1:12-CV-176-RWS (E.D. Mo.), and move to file an amended motion to vacate, if necessary.

Accordingly,

**IT IS HEREBY ORDERED** that the instant 28 U.S.C. § 2255 action is **DISMISSED**, without prejudice, as duplicative.

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 1st day of November, 2012.

                                             _/s/ Judge Signature_
                                             UNITED STATES DISTRICT JUDGE

---

The Court notes that in the previously-filed case, movant was ordered on October 30, 2012, to submit a signed motion to vacate within thirty days.